## Ben FLORES v. STATE.
### No. 14594.

Court of Criminal Appeals of Texas.
Oct: 14, 1931.

M. C. Nelson, of Aransas Pass, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular and regularly presented. The record is before this court without statement of facts or bills of exception. No fundamental error having been perceived or pointed out, the judgment is affirmed.

## J. W. GORDON, alias J. W. Duffy, v. STATE.
### No. 14707.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

F. R. Valentine, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is theft; the punishment, confinement in the penitentiary for three years.

Upon written request of appellant, duly verified by affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Tom HADEN v. STATE.
### No. 14186.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Davidson, Blalock & Blalock, of Marshall, for appellant.

John E. Taylor, Co. Atty., and Benjamin Woodall, Asst. Co. Atty., both of Marshall, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is violating the Sunday law; the punishment, a fine of $50.

In his written motion filed in this court, appellant requests that the appeal be dismissed.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Fred Harrison HANEY, alias Frank D. Coleman, alias John Harrison Murphy, v. STATE.
### No. 14909.

Court of Criminal Appeals of Texas.
Oct. 28, 1931.

John L. Poulter, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for robbery; punishment, ninety-nine years in the penitentiary.

We find in the record neither statement of facts nor bills of exception. The indictment, judgment, and sentence seem in conformity with law.

No error appearing, the judgment will be affirmed.